# Exhibit B

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Bryan A. Lindsey, Esq.
Nevada Bar No. 10662
Schwartz Flansburg PLLC
6623 Las Vegas Boulevard South, Suite 300
Las Vegas, Nevada 89119
Telephone: (702) 385-5544
Facsimile: (702) 385-2741
Proposed Attorneys for the Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) Case No. 15-15954-ABL |
| | ) |
| Pierce Development, Inc., | ) Chapter 11 |
| | ) |
| Debtor. | ) Hearing Date: November 25, 2015 |
| | ) Hearing Time: 1:30 p.m. |
| | ) |

**ORDER GRANTING APPLICATION FOR THE ENTRY OF AN ORDER
UNDER 11 U.S.C. §§ 327(a), 328, 329 AND 331 AND FED R. BANKR. P. 2014
AND 2016 AUTHORIZING THE EMPLOYMENT AND RETENTION
OF CHRISTINA THOMAS AS REAL ESTATE AGENT FOR THE DEBTOR**

Upon the application (the "**Application**")[1] of the above-captioned debtor and debtor-in-possession, (the "**Debtor**"), for the entry of an order authorizing the retention and employment of Christina Thomas , Real Estate Agent ("**Ms. Thomas**") as Real Estate Agent for the Debtor with respect to the specified matters set forth in the Application; and upon the Declaration of

---

[1] Any capitalized term not expressly defined herein shall have the meaning ascribed to that term in the Application.

1

Ms. Thomas submitted in support of the Application; and it appearing that the relief requested is in the best interests of the Debtor's estate, its creditors and other parties-in-interest; and it appearing that Ms. Thomas does not represent any interest adverse to the Debtor or its estate with respect to the matters on which Ms. Thomas is to be employed; and it appearing that the terms and conditions of Ms. Thomas's employment as further described in the Application are reasonable; and adequate notice having been given of the Application; and good and sufficient cause appearing therefore; it is hereby:

**ORDERED** that the Application is **GRANTED**; and it is further

**ORDERED** that, pursuant to section 327(a) of the Bankruptcy Code, the retention and employment of Ms. Thomas as Real Estate Agent for the Debtor for the purposes set forth in the Application is hereby approved; and it is further

**ORDERED** that Ms. Thomas shall be compensated under sections 330 and 331 of the Bankruptcy Code and any further Orders of this Court concerning compensation of professionals in this case, and in accordance with the terms set forth in the Application and the Declaration of Ms. Thomas in support of the Application; and it is further

**ORDERED** that the Debtor is authorized to compensate Ms. Thomas as set forth in the Application; and it is further

**ORDERED** that this Order shall be effective and enforceable immediately upon entry; and it is further

///

///

///

**ORDERED** that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Submitted by:

SCHWARTZ FLANSBURG PLLC

By:/s/Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Attorneys for the Debtor

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

\_\_\_\_\_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED:

DISAPPROVED:

FAILED TO RESPOND:

Submitted by:

SCHWARTZ FLANSBURG PLLC

By:/s/ Samuel A. Schwartz
Samuel A. Schwartz, Esq., NBN 10985
6623 Las Vegas Blvd. South, Suite 300
Las Vegas, Nevada 89119
Attorneys for the Debtor

# # #

4