UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | § | Case No. 15-15954-ABL |
| | § | |
| PIERCE DEVELOPMENT, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Lenard E. Schwartzer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $4,120.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,583,718.92 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $378,914.65 | | |

3) Total gross receipts of $1,962,633.57 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,962,633.57 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,289,458.03 | $2,482,304.63 | $2,063,127.76 | $1,548,602.86 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $356,208.69 | $356,208.69 | $356,208.69 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $71,395.34 | $22,705.96 | $22,705.96 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $2,013.00 | $4,467,068.18 | $2,216,418.18 | $35,116.06 |
| **Total Disbursements** | $2,291,471.03 | $7,377,798.76 | $4,658,460.59 | $1,962,633.57 |

4). This case was originally filed under chapter 11 on 10/20/2015. The case was converted to one under Chapter 7 on 06/16/2016. The case was pending for 54 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>12/10/2020</u>                              By:    <u>/s/ Lenard E. Schwartzer</u>
                                                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 7080 RANCHO LA CIMA DRIVE, RANCHO SANTA FE, CALIFORNIA | 1110-000 | $1,901,090.09 |
| STATE OF CALIFORNIA FRANCHISE TAX BOARD REFUND | 1124-000 | $61,211.00 |
| WELLS FARGO ACCT ENDING 5698 | 1229-000 | $332.48 |
| **TOTAL GROSS RECEIPTS** | | **$1,962,633.57** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | KAEMPFER CROWELL | 4110-000 | $480,000.00 | $762,087.05 | $762,087.05 | $247,562.15 |
| 2 | SLAT SALT INC., A CALIFORNIA CORPORATION | 4110-000 | $400,000.00 | $404,396.56 | $0.00 | $0.00 |
| 4 | SAN DIEGO COUNTY TREASURE - TAX COLLECTOR | 4120-000 | $0.00 | $13,330.50 | $0.00 | $0.00 |
| 10 | SAN DIEGO COUNTY TREASURE - TAX COLLECTOR | 4120-000 | $0.00 | $1,449.81 | $0.00 | $0.00 |
| | Cancellation fee to Mauzy Management | 4110-000 | $0.00 | $50.00 | $50.00 | $50.00 |
| | Demand fee to Slat Salt/Zaba Properties | 4110-000 | $0.00 | $90.00 | $90.00 | $90.00 |
| | HOA Delinquent dues through Sept 2018 | 4110-000 | $0.00 | $8,314.00 | $8,314.00 | $8,314.00 |
| | HOA Document fee to Mauzy Management | 4110-000 | $0.00 | $250.00 | $250.00 | $250.00 |
| | HOA Transfer fee | 4110-000 | $0.00 | $350.00 | $350.00 | $350.00 |

| | | | | | |
|---|---|---|---|---|---|
| | to Mauzy Management | | | | |
| | Impound Overdraft to Rushmore Loan | 4110-000 | $0.00 | $2,181.96 | $2,181.96 | $2,181.96 |
| | inspection fee to Slat Salt/Zaba Properties | 4110-000 | $0.00 | $100.00 | $100.00 | $100.00 |
| | Interest to Slat Salt/ Zaba properties | 4110-000 | $0.00 | $4,617.61 | $4,617.61 | $4,617.61 |
| | Late charge to Rushmore Loan Management | 4110-000 | $0.00 | $1,113.42 | $1,113.42 | $1,113.42 |
| | Late Charge to Slat Salt/Zabra Properties | 4110-000 | $0.00 | $4,750.00 | $4,750.00 | $4,750.00 |
| | Loan payoff interest to Rushmore Loan Management | 4110-000 | $0.00 | $43,961.22 | $43,961.22 | $43,961.22 |
| | Loan payoff to Rushmore Loan Management | 4110-000 | $0.00 | $783,058.84 | $783,058.84 | $783,058.84 |
| | Loan payoff to Slat Salt, Inc/ Zaba Properties, LLC | 4110-000 | $0.00 | $395,795.00 | $395,795.00 | $395,795.00 |
| | Past due fee to Slat Salt/Zaba Properties | 4110-000 | $0.00 | $47,508.16 | $47,508.16 | $47,508.16 |
| | Recoverable Corp Advance to Rushmore Loan Management | 4110-000 | $0.00 | $2,461.50 | $2,461.50 | $2,461.50 |
| | Slat Salt Inc Add fee | 4110-000 | $0.00 | $6,439.00 | $6,439.00 | $6,439.00 |
| | Adidas Group, LLC, Sports License Div. | 4110-000 | $626,364.60 | $0.00 | $0.00 | $0.00 |
| | Capital One | 4110-000 | $783,093.43 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $2,289,458.03 | $2,482,304.63 | $2,063,127.76 | $1,548,602.86 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lenard E. Schwartzer, Trustee | 2100-000 | NA | $58,859.07 | $58,859.07 | $58,859.07 |
| Lenard E. Schwartzer, | 2200-000 | NA | $10,320.69 | $10,320.69 | $10,320.69 |

**UST Form 101-7-TDR (10/1/2010)**

| Trustee | | | | | |
|---|---|---|---|---|---|
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $59.34 | $59.34 | $59.34 |
| OLIVENHAIN MUNICIPAL WATER DISTRICT | 2420-000 | NA | $3,025.08 | $3,025.08 | $3,025.08 |
| SAN DIEGO GAS & ELECTRIC | 2420-000 | NA | $1,312.82 | $1,312.82 | $1,312.82 |
| Building Homes and Jobs Acts | 2500-000 | NA | $150.00 | $150.00 | $150.00 |
| Building Homes and Jobs Acts- Adidas | 2500-000 | NA | $75.00 | $75.00 | $75.00 |
| Court order and related documents | 2500-000 | NA | $80.00 | $80.00 | $80.00 |
| Doc prep fee to Centennial Escrow | 2500-000 | NA | $385.00 | $385.00 | $385.00 |
| Forwarding fee to Slat Salt/Zaba properties | 2500-000 | NA | $40.00 | $40.00 | $40.00 |
| Messenger/ overnight | 2500-000 | NA | $46.00 | $46.00 | $46.00 |
| MyNHD, Inc | 2500-000 | NA | $74.95 | $74.95 | $74.95 |
| Notary fee | 2500-000 | NA | $90.00 | $90.00 | $90.00 |
| Partial Release or Partial Satisfaction | 2500-000 | NA | $20.00 | $20.00 | $20.00 |
| Prepare document fee to Centennial Escrow | 2500-000 | NA | $100.00 | $100.00 | $100.00 |
| Recon/Recording fee | 2500-000 | NA | $207.30 | $207.30 | $207.30 |
| Recording notice | 2500-000 | NA | $20.00 | $20.00 | $20.00 |
| Sub escrow fee | 2500-000 | NA | $62.50 | $62.50 | $62.50 |
| Sub of trust and full recon | 2500-000 | NA | $20.00 | $20.00 | $20.00 |
| Substitution of Trust and Full Reconveyance | 2500-000 | NA | $17.00 | $17.00 | $17.00 |
| Title- Archive Fee | 2500-000 | NA | $50.00 | $50.00 | $50.00 |
| Title- Document Handling | 2500-000 | NA | $50.00 | $50.00 | $50.00 |
| Title- escrow fee | 2500-000 | NA | $3,865.00 | $3,865.00 | $3,865.00 |
| Title- Owners Policy | 2500-000 | NA | $3,361.00 | $3,361.00 | $3,361.00 |
| Independent Bank | 2600-000 | NA | $0.48 | $0.48 | $0.48 |
| Integrity Bank | 2600-000 | NA | $12.12 | $12.12 | $12.12 |
| 12/16 penalties and interest | 2820-000 | NA | $528.02 | $528.02 | $528.02 |
| 12/17 penalties and intrest | 2820-000 | NA | $464.97 | $464.97 | $464.97 |
| County taxes for 6 months | 2820-000 | NA | $5,899.99 | $5,899.99 | $5,899.99 |
| County Transfer tax | 2820-000 | NA | $2,090.00 | $2,090.00 | $2,090.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Delinquent County tax 2017-2018 | 2820-000 | NA | $35,288.99 | $35,288.99 | $35,288.99 |
| FRANCHISE TAX BOARD | 2820-000 | NA | $3,294.00 | $3,294.00 | $3,294.00 |
| Franchise tax board withholding services | 2820-000 | NA | $62,700.00 | $62,700.00 | $62,700.00 |
| Office of the United States Trustee | 2950-000 | NA | $650.00 | $650.00 | $650.00 |
| Schwartzer & McPherson, Attorney for Trustee | 3110-000 | NA | $97,961.50 | $97,961.50 | $97,961.50 |
| Schwartzer & McPherson, Attorney for Trustee | 3120-000 | NA | $4,427.87 | $4,427.87 | $4,427.87 |
| KENNETH A. SELTZER, CPA, Accountant for Trustee | 3410-000 | NA | $3,600.00 | $3,600.00 | $3,600.00 |
| ERA Ranch, Realtor for Trustee | 3510-000 | NA | $28,500.00 | $28,500.00 | $28,500.00 |
| ERA Ranch and Sea Realty, Realtor for Trustee | 3510-000 | NA | $28,500.00 | $28,500.00 | $28,500.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $356,208.69 | $356,208.69 | $356,208.69 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SCHWARTZ FLANSBURG, INC., Attorney for D-I-P | 6210-160 | NA | $69,391.50 | $21,883.94 | $21,883.94 |
| SCHWARTZ FLANSBURG, INC. | 6220-170 | NA | $1,181.82 | $0.00 | $0.00 |
| Franchise Tax Board | 6820-000 | NA | $822.02 | $822.02 | $822.02 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $71,395.34 | $22,705.96 | $22,705.96 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | KAEMPFER CROWELL | 7100-000 | $0.00 | $514,524.90 | $514,524.90 | $13,232.12 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Sports Licensed Division of the adidas Group, LLC | 7100-000 | $0.00 | $1,701,893.28 | $1,701,893.28 | $21,883.94 |
| 8 | Office of the United States Trustee | 7100-000 | $0.00 | $650.00 | $0.00 | $0.00 |
| 9 | Janet Katchen | 7100-000 | $0.00 | $2,250,000.00 | $0.00 | $0.00 |
| | MTC Marketing, Inc. dba RR Designs | 7100-000 | $2,013.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,013.00 | $4,467,068.18 | $2,216,418.18 | $35,116.06 |

FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1    Exhibit 8

| Case No.: | 15-15954-ABL | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|
| Case Name: | PIERCE DEVELOPMENT, INC. | Date Filed (f) or Converted (c): | 06/16/2016 (c) |
| For the Period Ending: | 12/10/2020 | §341(a) Meeting Date: | 07/18/2016 |
| | | Claims Bar Date: | 10/17/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 7080 RANCHO LA CIMA DRIVE, RANCHO SANTA FE, CALIFORNIA | $4,489,700.00 | $1,901,090.09 | | $1,901,090.09 | FA |
| Asset Notes: | 8/20/18 order entered to sell; 9/21/18 filed report of sale | | | | | |
| 2 | BANK OF AMERICA CHECKING ACCT. 7715 | $800.00 | $800.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 31 | | | | | |
| 3 | COMPUTER (3) | $1,500.00 | $1,500.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 31 | | | | | |
| 4 | PRINTER (2) | $400.00 | $400.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 31 | | | | | |
| 5 | COPIER | $600.00 | $600.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 31 | | | | | |
| 6 | SATELITE RADIO | $50.00 | $50.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 31 | | | | | |
| 7 | MISCELLANEOUS FURNITURE | $300.00 | $300.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 31 | | | | | |
| 8 | OFFICE/WALL DECOR | $200.00 | $200.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 31 | | | | | |
| 9 | LAMPS | $70.00 | $70.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 31 | | | | | |
| 10 | MISCELLANEOUS COMPUTER SOFTWARE | $200.00 | $200.00 | | $0.00 | FA |
| Asset Notes: | Imported from original petition Doc# 31 | | | | | |
| 11 | WELLS FARGO ACCT ENDING 5698 (u) | $0.00 | $332.48 | | $332.48 | FA |
| 12 | BANKRUPTCY TRUSTEE RELEASE FEE (u) | $0.00 | $5,000.00 | | $0.00 | FA |
| 13 | STATE OF CALIFORNIA FRANCHISE TAX BOARD REFUND | $0.00 | $61,211.00 | | $61,211.00 | FA |

**TOTALS (Excluding unknown value)**                                                     **Gross Value of Remaining Assets**

| | $4,493,820.00 | $1,971,753.57 | | $1,962,633.57 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit 8

| **Case No.:** | 15-15954-ABL | **Trustee Name:** | Lenard E. Schwartzer |
|---|---|---|---|
| **Case Name:** | PIERCE DEVELOPMENT, INC. | **Date Filed (f) or Converted (c):** | 06/16/2016 (c) |
| **For the Period Ending:** | 12/10/2020 | **§341(a) Meeting Date:** | 07/18/2016 |
| | | **Claims Bar Date:** | 10/17/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

08/24/2020    10/1/20 HEARING ON TFR; REPORT OF DISTRIBUTION

| Initial Projected Date Of Final Report (TFR): | 10/31/2017 | Current Projected Date Of Final Report (TFR): | 07/30/2020 | /s/ LENARD E. SCHWARTZER |
|---|---|---|---|---|
| | | | | LENARD E. SCHWARTZER |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-15954-ABL | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|
| Case Name: | PIERCE DEVELOPMENT, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1219 | Checking Acct #: | ******5954 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/20/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/30/2016 | (11) | WELLS FARGO | BANK ACOUNT | 1229-000 | $332.48 | | $332.48 |
| 07/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.46 | $332.02 |
| 08/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.53 | $331.49 |
| 09/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.51 | $330.98 |
| 10/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.53 | $330.45 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.51 | $329.94 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.53 | $329.41 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.53 | $328.88 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.47 | $328.41 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.52 | $327.89 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.51 | $327.38 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.48 | $326.90 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.46 | $326.44 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.48 | $325.96 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.48 | $325.48 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.46 | $325.02 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.48 | $324.54 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.46 | $324.08 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.48 | $323.60 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.48 | $323.12 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.43 | $322.69 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.47 | $322.22 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.46 | $321.76 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.47 | $321.29 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.46 | $320.83 |
| 07/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $0.47 | $320.36 |
| 08/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $0.07 | $320.29 |

SUBTOTALS        $332.48        $12.19

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-15954-ABL | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|
| Case Name: | PIERCE DEVELOPMENT, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1219 | | Checking Acct #: | ******5954 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/20/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/07/2018 | | Independent Bank | Bank Service Fee Credit | 2600-000 | | ($0.07) | $320.36 |
| 08/31/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $5.60 | $314.76 |
| 09/05/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | ($5.60) | $320.36 |
| 09/06/2018 | | Independent Bank | Bank Service Fee | 2600-000 | | $0.48 | $319.88 |
| 09/13/2018 | (1) | CENTENNIAL ESCROW | PROCEEDS FROM SALE OF RANCHO LA CIMA DR, RANCHO SANTA FE PER ORDER ENTERED 8/20/18 [DOC 257] | 1110-000 | $57,000.00 | | $57,319.88 |
| | | | **SUBTOTALS** | | **$57,000.00** | **$0.41** | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3   Exhibit 9

| Case No. | 15-15954-ABL | | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|---|
| Case Name: | PIERCE DEVELOPMENT, INC. | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1219 | | | Checking Acct #: | ******5954 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/20/2015 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2020 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/13/2018 | | CENTENNIAL ESCROW | PROCEEDS FROM SALE OF RANCHO LA CIMA DR, RANCHO SANTA FE PER ORDER ENTERED 8/20/18 [DOC 257] | * | $154,400.00 | | $211,719.88 |
| | {1} | | Proceeds from sale of property   $1,844,090.09 | 1110-000 | | | $211,719.88 |
| | | | Loan payoff to Kaempfer Crowell   $(216,956.65) | 4110-000 | | | $211,719.88 |
| | | | Loan payoff to Slat Salt, Inc/ Zaba Properties, LLC   $(395,795.00) | 4110-000 | | | $211,719.88 |
| | | | Loan payoff to Rushmore Loan Management   $(783,058.84) | 4110-000 | | | $211,719.88 |
| | | | ERA Ranch and Sea Realty   $(28,500.00) | 3510-000 | | | $211,719.88 |
| | | | ERA Ranch   $(28,500.00) | 3510-000 | | | $211,719.88 |
| | | | Delinquent County tax 2017-2018   $(35,288.99) | 2820-000 | | | $211,719.88 |
| | | | Franchise tax board withholding services   $(62,700.00) | 2820-000 | | | $211,719.88 |
| | | | County taxes for 6 months   $(5,899.99) | 2820-000 | | | $211,719.88 |
| | | | Title- Owners Policy   $(3,361.00) | 2500-000 | | | $211,719.88 |
| | | | Messenger/ overnight   $(46.00) | 2500-000 | | | $211,719.88 |
| | | | Sub escrow fee   $(62.50) | 2500-000 | | | $211,719.88 |
| | | | Building Homes and Jobs Acts- Adidas   $(75.00) | 2500-000 | | | $211,719.88 |
| | | | Building Homes and Jobs Acts   $(150.00) | 2500-000 | | | $211,719.88 |
| | | | County Transfer tax   $(2,090.00) | 2820-000 | | | $211,719.88 |
| | | | Recording notice   $(20.00) | 2500-000 | | | $211,719.88 |
| | | | Court order and related documents   $(80.00) | 2500-000 | | | $211,719.88 |
| | | | Title- escrow fee   $(3,865.00) | 2500-000 | | | $211,719.88 |
| | | | Loan payoff interest to Rushmore Loan Management   $(43,961.22) | 4110-000 | | | $211,719.88 |
| | | | Past due fee to Slat Salt/Zaba Properties   $(47,508.16) | 4110-000 | | | $211,719.88 |
| | | | HOA Delinquent dues through Sept 2018   $(8,314.00) | 4110-000 | | | $211,719.88 |
| | | | Substitution of Trust and Full Reconveyance   $(17.00) | 2500-000 | | | $211,719.88 |
| | | | Sub of trust and full recon   $(20.00) | 2500-000 | | | $211,719.88 |
| | | | Partial Release or Partial Satisfaction   $(20.00) | 2500-000 | | | $211,719.88 |
| | | | Doc prep fee to Centennial Escrow   $(385.00) | 2500-000 | | | $211,719.88 |
| | | | SUBTOTALS | | $154,400.00 | $0.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-15954-ABL | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|
| Case Name: | PIERCE DEVELOPMENT, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1219 | | Checking Acct #: | ******5954 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/20/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | Prepare document fee to Centennial Escrow | $(100.00) | 2500-000 | | | $211,719.88 |
| | | | Title- Archive Fee | $(50.00) | 2500-000 | | | $211,719.88 |
| | | | Title- Document Handling | $(50.00) | 2500-000 | | | $211,719.88 |
| | | | Late charge to Rushmore Loan Management | $(1,113.42) | 4110-000 | | | $211,719.88 |
| | | | Impound Overdraft to Rushmore Loan | $(2,181.96) | 4110-000 | | | $211,719.88 |
| | | | Recoverable Corp Advance to Rushmore Loan Management | $(2,461.50) | 4110-000 | | | $211,719.88 |
| | | | Recon/Recording fee | $(207.30) | 2500-000 | | | $211,719.88 |
| | | | Interest to Slat Salt/ Zaba properties | $(4,617.61) | 4110-000 | | | $211,719.88 |
| | | | Demand fee to Slat Salt/Zaba Properties | $(90.00) | 4110-000 | | | $211,719.88 |
| | | | Late Charge to Slat Salt/Zabra Properties | $(4,750.00) | 4110-000 | | | $211,719.88 |
| | | | inspection fee to Slat Salt/Zaba Properties | $(100.00) | 4110-000 | | | $211,719.88 |
| | | | Notary fee | $(90.00) | 2500-000 | | | $211,719.88 |
| | | | Forwarding fee to Slat Salt/Zaba properties | $(40.00) | 2500-000 | | | $211,719.88 |
| | | | Slat Salt Inc Add fee | $(6,439.00) | 4110-000 | | | $211,719.88 |
| | | | MyNHD, Inc | $(74.95) | 2500-000 | | | $211,719.88 |
| | | | HOA Transfer fee to Mauzy Management | $(350.00) | 4110-000 | | | $211,719.88 |
| | | | HOA Document fee to Mauzy Management | $(250.00) | 4110-000 | | | $211,719.88 |
| | | | Cancellation fee to Mauzy Management | $(50.00) | 4110-000 | | | $211,719.88 |
| 10/23/2018 | 101 | Schwartzer & McPherson Law Firm | ATTORNEY FEES & EXPENSES PER ORDER ENTERED 10/19/18 [DOC 274] | | * | | $89,224.66 | $122,495.22 |
| | | | Schwartzer & McPherson | $(85,000.00) | 3110-000 | | | $122,495.22 |
| | | | Schwartzer & McPherson | $(4,224.66) | 3120-000 | | | $122,495.22 |
| 11/19/2018 | 102 | SAN DIEGO GAS & ELECTRIC | ACCT 4974 760 733 4; 7080 RANCHO LA CIMA DR, RANCHO SANTA FE, CA 92067 (ACCT 9045 621 591 9) PER ORDER ENTERED 12/26/18 NUNC PRO TUNC [DOC 280] | | 2420-000 | | $1,312.82 | $121,182.40 |
| | | | | | SUBTOTALS | $0.00 | $90,537.48 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-15954-ABL | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|
| Case Name: | PIERCE DEVELOPMENT, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1219 | | Checking Acct #: | ******5954 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/20/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/19/2018 | 103 | OLIVENHAIN MUNICIPAL WATER DISTRICT | ACCOUNT 1062428120020; 7080 RANCHO LA CIMA DR, RANCHO SANTA FE, CA 92067 PER ORDER ENTERED 12/26/18 NUNC PRO TUNC [DOC 280] | 2420-000 | | $3,025.08 | $118,157.32 |
| 01/08/2019 | 104 | INTERNATIONAL SURETIES, LTD. | Bond Payment | 2300-000 | | $59.34 | $118,097.98 |
| 03/05/2019 | 105 | FRANCHISE TAX BOARD | 2016 STATE TAX OF $800, PLUS PENALTY Of $24 PER ORDER ENTERED 3/5/19 [DOC 293] | 2820-000 | | $824.00 | $117,273.98 |
| 03/05/2019 | 106 | FRANCHISE TAX BOARD | 2017 STATE TAX, PLUS PENALTY OF $29 PER ORDER ENTERED 3/5/19 [DOC 293] | 2820-000 | | $829.00 | $116,444.98 |
| 04/08/2019 | 107 | KENNETH A. SELTZER, CPA | ACCOUNTANT FEES FOR PREPARATION OF STATE AND FEDERAL 2016, 2017, 2018 TAX RETURNS PER ORDER ENTERED 3/22/19 [DOC 296] | 3410-000 | | $2,500.00 | $113,944.98 |
| 02/13/2020 | (13) | State of California | Refund from State of California | 1124-000 | $61,211.00 | | $175,155.98 |
| 02/18/2020 | 108 | KAEMPFER CROWELL | 1/2 of CALIF FRANCHISE TAX BOARD REFUND PER ORDER ENTERED 11/14/19 [DOC 298] | 4110-000 | | $30,605.50 | $144,550.48 |
| 03/25/2020 | 109 | FRANCHISE TAX BOARD | 2019 CALIFORNIA S CORPORATION INCOME TAX RETURN PLUS LATE PENALTY OF $41; 74-3181219; PER ORDER ENTERED 3/23/20 [DOC 321] | 2820-000 | | $841.00 | $143,709.48 |
| 03/25/2020 | 110 | FRANCHISE TAX BOARD | 2020 CALIFORNIA S CORPORATION INCOME TAX RETURN; 74-3181219; PER ORDER ENTERED 3/23/20 [DOC 321] | 2820-000 | | $800.00 | $142,909.48 |
| 04/06/2020 | 111 | KENNETH A. SELTZER, CPA | FEES FOR PREPARATION OF 2019 AND 2020 TAX RETURNS PER ORDER ENTERED 4/6/20 [DOC 324] | 3410-000 | | $1,100.00 | $141,809.48 |
| 04/09/2020 | 112 | Schwartzer & McPherson Law Firm | ATTORNEY COMPENSATION AND EXPENSES PER ORDER ENTERED 4/9/20 [DOC 325] | * | | $13,164.71 | $128,644.77 |
| | | | Schwartzer & McPherson       $(12,961.50) | 3110-000 | | | $128,644.77 |
| | | | Schwartzer & McPherson         $(203.21) | 3120-000 | | | $128,644.77 |

SUBTOTALS        $61,211.00        $53,748.63

Page No: 6     Exhibit 9

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-15954-ABL | | Trustee Name: | Lenard E. Schwartzer |
|---|---|---|---|---|
| Case Name: | PIERCE DEVELOPMENT, INC. | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1219 | | Checking Acct #: | ******5954 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/20/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/16/2020 | 113 | STATE OF CALIFORNIA | PENALTIES & INTEREST FOR 12/16 AND 12/17 PER ORDER ENTERED 6/16/20 [DOC 331] | * | | $992.99 | $127,651.78 |
| | | | 12/17 penalties and intrest $(464.97) | 2820-000 | | | $127,651.78 |
| | | | 12/16 penalties and interest $(528.02) | 2820-000 | | | $127,651.78 |
| 10/12/2020 | 114 | Lenard E. Schwartzer | Trustee Expenses | 2200-000 | | $10,320.69 | $117,331.09 |
| 10/12/2020 | 115 | Lenard E. Schwartzer | Trustee Compensation | 2100-000 | | $58,859.07 | $58,472.02 |
| 10/12/2020 | 116 | SCHWARTZ FLANSBURG, INC. | Claim #: ;   Account Number: ; Amount Claimed: 69,391.50; Amount Allowed: 21,883.94; Dividend: 17.14; Distribution Dividend: 100.00; | 6210-160 | | $21,883.94 | $36,588.08 |
| 10/12/2020 | 117 | KAEMPFER CROWELL | Claim #: 1;   Account Number: ; Amount Claimed: 514,524.90; Amount Allowed: 13,232.12; Dividend: 10.36; Distribution Dividend: 100.00; | 7100-000 | | $13,232.12 | $23,355.96 |
| 10/12/2020 | 118 | Franchise Tax Board | Claim #: 3;   Account Number: 7970; Amount Claimed: 822.02; Amount Allowed: 822.02; Dividend: 0.64; Distribution Dividend: 100.00; | 6820-000 | | $822.02 | $22,533.94 |
| 10/12/2020 | 119 | Sports Licensed Division of the adidas Group, LLC | Claim #: 5;   Account Number: ; Amount Claimed: 1,701,893.28; Amount Allowed: 21,883.94; Dividend: 17.14; Distribution Dividend: 100.00; | 7100-000 | | $21,883.94 | $650.00 |
| 10/12/2020 | 120 | Office of the United States Trustee | Claim #: 7;   Account Number: ; Amount Claimed: 650.00; Amount Allowed: 650.00; Dividend: 0.50; Distribution Dividend: 100.00; | 2950-000 | | $650.00 | $0.00 |

                                     SUBTOTALS      $0.00      $128,644.77

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 15-15954-ABL | **Trustee Name:** Lenard E. Schwartzer |
| **Case Name:** | PIERCE DEVELOPMENT, INC. | **Bank Name:** Independent Bank |
| **Primary Taxpayer ID #:** | **-***1219 | **Checking Acct #:** ******5954 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** |
| **For Period Beginning:** | 10/20/2015 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 12/10/2020 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $272,943.48 | $272,943.48 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $272,943.48 | $272,943.48 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $272,943.48 | $272,943.48 | |

| For the period of 10/20/2015 to 12/10/2020 | | For the entire history of the account between 06/30/2016 to 12/10/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $1,962,633.57 | Total Compensable Receipts: | $1,962,633.57 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,962,633.57 | Total Comp/Non Comp Receipts: | $1,962,633.57 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,962,633.57 | Total Compensable Disbursements: | $1,962,633.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,962,633.57 | Total Comp/Non Comp Disbursements: | $1,962,633.57 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| Case No. | 15-15954-ABL | Trustee Name: | Lenard E. Schwartzer |
| Case Name: | PIERCE DEVELOPMENT, INC. | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***1219 | Checking Acct #: | ******5954 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/20/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/10/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $272,943.48 | $272,943.48 | $0.00 |

| **For the period of 10/20/2015 to 12/10/2020** | | **For the entire history of the case between 06/16/2016 to 12/10/2020** | |
|---|---|---|---|
| Total Compensable Receipts: | $1,962,633.57 | Total Compensable Receipts: | $1,962,633.57 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,962,633.57 | Total Comp/Non Comp Receipts: | $1,962,633.57 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $1,962,633.57 | Total Compensable Disbursements: | $1,962,633.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,962,633.57 | Total Comp/Non Comp Disbursements: | $1,962,633.57 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ LENARD E. SCHWARTZER

LENARD E. SCHWARTZER